UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:23-cv-01214-MSS-JSS

Michael S. Neff
and other similarly situated individuals,

    Plaintiff (s),

v.

Integrity Home Solutions Services, LLC

    Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff Michael S. Neff has agreed to settle his claims against Defendant Integrity Home Solutions Services, LLC. As will be explained in a subsequent filing, Defendant has agreed to pay Plaintiff the full amount of unpaid regular and overtime wages Plaintiff alleges he is owed after his review of the produced time and pay records ($3,559.32). Defendant has further agreed to pay Plaintiff's counsel a separately negotiated fee in addition to this amount. Accordingly, Plaintiff is not compromising his FLSA claim. *Cf. Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

Dated: August 17, 2023

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.

Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:  (305) 446-1502

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  August 17, 2023.

                                                                               Respectfully submitted,

                                                                      **/s/ Zandro E. Palma**_____
                                                                      ZANDRO E. PALMA, ESQ.

## SERVICE LIST
## CASE NO 8:23-cv-01214-MSS-JSS

Ignacio J. Garcia, Esq.
Florida Bar No. 0423440
iggy.garcia@ogletree.com
Christopher M. Cascino, Esq.
Florida Bar No. 1022861
chris.cascino@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813.221.7227
Facsimile: 813.289.6530
*Counsel for Defendant*

Zandro E. Palma Esq.
E-mail: zep@thepalmalawgroup.com
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
*Counsel for Plaintiff*