UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL S. NEFF,**

      **Plaintiff,**

v.                                              Case No: 8:23-cv-1214-MSS-JSS

**INTEGRITY HOME SOLUTIONS SERVICES, LLC,**

      **Defendant.**

_____

### ORDER OF DISMISSAL

**THIS MATTER** comes before the Court for consideration of the Parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. 18) The Parties state that Defendant has agreed to pay Plaintiff the full amount of unpaid regular and overtime wages Plaintiff alleges he is owed. (Id.) The Parties also advise that Plaintiff is not compromising his FLSA claim. As the Parties' settlement did not compromise Plaintiff's FLSA claims, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of August, 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party